IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SIERRA CASSELMAN AND SANDRA CHAFEE (formerly known as Sandra McClure), | CV 23-141-M-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| LITHIA OF MISSOULA II, LLC, a Montana Limited Liability Company, and TOYOTA MOTOR CREDIT CORPORATION, a California Corporation registered to do business in Montana, | |
| Defendants. | |

Pursuant to the Court's prior order (Doc. 23), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 24). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

//

//

1

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 1st day of November, 2024.

Kathleen L. DeSoto
United States Magistrate Judge